STATE of Missouri, Respondent,

v.

Michael Gene GUNN, Appellant.

No. WD 73350.

Missouri Court of Appeals,
Western District.

Nov. 20, 2012.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 18, 2012.

Karen L. Kramer, Jefferson City, MO,
for appellant.

Laura G. Martin, Kansas City, MO, for
respondent.

Before Division Two: LISA WHITE
HARDWICK, Presiding Judge, JAMES
M. SMART and KAREN KING
MITCHELL, Judges.

ORDER

PER CURIAM.

Michael Gene Gunn was convicted of two counts of second-degree murder, two counts of first-degree robbery, and four counts of armed criminal action. The circuit court sentenced him to a total of fifty years in prison. On appeal, Gunn contends the circuit court erred in allowing video tributes of the victims to be played at the sentencing hearing. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment of convictions.

AFFIRMED. Rule 30.25(b)